IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02057-RPM

STEVEN A. ZIMMERMAN,

        Plaintiff,

v.

HIMMELMAN CONSTRUCTION, INC.,
BARRY J. HIMMELMAN and
DANA HIMMELMAN,
        Defendants.

_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

    Pursuant to the hearing held today with Steven A. Zimmerman present in person and after this Court granted the motion to withdraw by Mr. Zimmerman's counsel, David A. Weinstein, Mr. Zimmerman filed his notice of voluntary dismissal and orally stated his reasons for dismissal, it is

    ORDERED that this civil action is dismissed without prejudice

    DATED: January 16th, 2008

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge