IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02057-RPM

STEVEN A. ZIMMERMAN,

        Plaintiff,

v.

HIMMELMAN CONSTRUCTION, INC.,
BARRY J. HIMMELMAN and
DANA HIMMELMAN,
        Defendants.

_____

ORDER GRANTING MOTION TO WITHDRAW
_____

Pursuant to the hearing held today on the motion of David A. Weinstein to withdraw as counsel for the plaintiff Steven A. Zimmerman and with Mr. Weinstein and Mr. Zimmerman present in person and after colloquy with the Court, it is

ORDERED that the motion to withdraw is granted and because the motion to withdraw includes identifying information which should not be public, it is

FURTHER ORDERED that the motion to withdraw be sealed.

DATED: January 16th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge